# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132314

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

HENRY WOLFE, a/k/a HENRY LEE
WOLFE, JR.,
     Defendant-Appellant.

SC: 132314
COA: 273088
Oakland CC: 2006-209222-FH
50th DC: 06-52357-SL

_____/

     On order of the Court, the application for leave to appeal the October 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

                Clerk

d1218